AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Adam Webster

CASE NUMBER: 08 CV 2532

V.

ASSIGNED JUDGE: Hart

City of Chicago, Officer Jerome Hoffman (Star #19110), Officer James Weyforth (Star #12186), Officer Charlie Person (Star #16501), Officer Kenneth Herrera (Star #13680)

DESIGNATED
MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

Officer Charlie Person, Star #16501
Chicago Police Department
3510 S. Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Holliman*

(By) DEPUTY CLERK



May 5, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 5/5/08 |
| NAME OF SERVER *(PRINT)* BRIAN BARRIDO | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ___Emerald Yancy___

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/5/08___   ___/s/ Brian Barrido___
            Date                Signature of Server

___3859 W. 26th St. Chicago, IL 60623___
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.